1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8   DARMONICA ALEXANDER,                    Case No. C-03-4295 JCS

9           Plaintiff,                      **ORDER DENYING PLAINTIFF'S**
                                            **MOTION FOR LEAVE TO PROCEED IN**
10          v.                              **FORMA PAUPERIS ON APPEAL AND**
                                            **CERTIFYING THAT APPEAL IS NOT**
11  SONIC AUTOMOTIVE,                       **TAKEN IN GOOD FAITH [Docket No. 27]**

12          Defendant.

13  _____/

14

15          Plaintiff filed the complaint in this action on September 23, 2003 and sought leave to proceed

16  in forma pauperis.  The Court granted Plaintiff's motion to proceed in forma pauperis on October 15,

17  2003. [Docket No. 5]  Subsequently, Defendant brought a motion to compel arbitration, which the

18  Court granted.  Defendant prevailed in the arbitration and Plaintiff brought a Motion to Reopen

19  Case, asking that the Court vacate the arbitration award.  [Docket No. 17]  The Court denied the

20  Motion to Reopen Case.  Plaintiff then filed another motion, asking that the Court reconsider its

21  denial of the Motion to Reopen Case. [Docket No. 23].  The Court construed that motion as a

22  Motion for Leave to File a Motion for Reconsideration ("Motion for Leave").  The Court denied the

23  Motion for Leave. [Docket No. 24].  Plaintiff then filed a notice of appeal, on May 17, 2006.   On

24  May 26, 2006, Plaintiff filed a Motion to Proceed in Forma Pauperis ("Second In Forma Pauperis

25  Motion").  [Docket No. 27]

26          Pursuant to Federal Rule of Appellate Procedure 24(a), a party to a district court action who

27  seeks to appeal in forma pauperis must file a motion with the district court unless the party was

28  already permitted to proceed in forma pauperis in the district court. Fed. R. App. P. 24(a).  In that

**United States District Court**
For the Northern District of California

case, the party may proceed in forma pauperis on appeal without further authorization unless the district court certifies – before or after the notice of appeal is filed – that the appeal is not taken in good faith. *Id.* Such certification must include a written statement of reasons by the district court. *Id.*

For the reasons stated in the Court's November 4, 2005 Order denying Plaintiff's Motion to Reopen Case (attached), the court finds that Plaintiff's appeal is not in good faith because no issue is presented which is not plainly frivolous. *See Ellis v. United States*, 356 U.S. 674-675 (1958). Accordingly, the Second Motion to Proceed In Forma Pauperis is DENIED.

IT IS SO ORDERED.

DATED: September 14, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2